Texas Court of Criminal Appeals
P.O. Box 12308
Austin, TX. 78711-

RE: ~~Clara~~ Hudson v. State, Case No. PD-1038-05
COA# 02-04-00030-CR

RECEIVED IN
COURT OF CRIMINAL APPEALS
AUG 17 2015
Abel Acosta, Clerk

Dear Clerk:

Please send a copy of the Reporter's Record and exhibits, by making appropriate arrangements, including payment for the cost of copying the record. Thank you and God bless you.

Sincerely,

Larry Hudson
#1218900
Allred
2101 FM 369 N
Iowa Park, TX.
76367.